JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

REZA SAADAT,
Petitioner,
v.
FERETI SEMAIA, et al.,
Respondents.

Case No. EDCV 26-6324 PVC

**JUDGMENT**

Pursuant to the Order Granting the Petition and Ordering Immediate Release,

IT IS HEREBY ADJUDGED THAT the Petition for Writ of Habeas Corpus is GRANTED and Judgment is entered in favor of Petitioner.

DATED: November 12, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE